UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO: 2:25-cr-161-SPC-NPM

CHRISTOPHER LEE

## ORDER

Before the Court is the United States of America's Unopposed Motion to Authorize United States Secret Service ("USSS") to Turn Over Funds and For An Order to Deposit Funds and Disburse. (Doc. 29). Defendant has liquidated assets for the purpose of paying his restitution and those funds in the amount of $892,073.88 are currently being held by the USSS. (*Id.* at 1). The parties agreed that upon filing of the Information and Plea Agreement, the United States would seek an order from the Court authorizing the USSS to pay the $892,073.88, plus any accrued interest, to be applied to Defendant's anticipated restitution order in this case.

After considering the motion, record, and applicable law, the Court finds that it best serves the purpose of Defendant's anticipated restitution for the Clerk of Court to accept his prejudgment payments.

Accordingly, it is

**ORDERED:**

The United States' Unopposed Motion to Authorize USS to Turn Over Funds and For An Order to Deposit Funds and Disburse (Doc. 29) is **GRANTED**.

1. The USSS is **AUTHORIZED** to turn over and pay to the Clerk of Court the $892,073.88, plus any accrued interest, it is currently holding from Defendant for payment towards his anticipated restitution in this case.

2. The Clerk of Court is **DIRECTED** to accept Defendant's prejudgment payments and hold them in the Court Registry until a judgment conviction and restitution order have been entered.

3. Pursuant to 28 U.S.C. § 2042 and upon entry of a criminal judgment, the Clerk of the Court is **DIRECTED** to withdraw and apply the deposited funds to Defendant's restitution.

4. Upon satisfaction of Defendant's restitution, any surplus funds, including accrued interest, must be applied to his other criminal monetary penalties, including special assessment and fines, imposed against him as provided by law and in accordance with the Clerk's standard operating procedures, or to any outstanding forfeiture orders.

5. If the prejudgment payments accrue interest in an amount that exceeds the total due on Defendant's restitution, other criminal

monetary penalties, and any forfeiture order, the surplus accrued interest is **DIRECTED** be remitted to the Crime Victims Fund.

**DONE and ORDERED** in Fort Myers, Florida on September 15, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All parties of record